# MORTON S. MINSLEY
### Attorney at Law

#### Admitted in both New York and New Jersey

101 Lafayette Street, 10th Floor, New York, New York 10013

Phone: 212-346-0849  Fax: 212-766-9798  E-Mail: Minsleylaw@me.com

April 16, 2020

**Via ECF**
Hon. Robert W. Lehrburger
United States Magistrate Judge
US District Court, SDNY
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/16/2020
```

Re: Shepard, et. al. v Wo Hop City Inc. et.al,
US Dist. Ct., SDNY, Docket No. 18 Civ. 09634 (JPO)(RWL)

Dear Magistrate Judge Lehrburger:

    I am Defendants' counsel in the above referenced action. On Monday, April 13th your Honor ordered counsel for the parties to file a joint letter updating the Court on the status of this matter. The joint letter is due tomorrow, April 17, 2020.

    I am writing to request an extension of time for two weeks up to and including May 1, 2020 for the parties to submit this joint letter.

    I am requesting this extension due to the current health crisis and its personal effect on both me and my family, which I have been dealing with for the past 2 months.

    From February 9th through the beginning of March, my wife was ill with serious flu like symptoms. At the time, although she was not tested for the flu or for COVID, she was diagnosed with the Flu since the criteria at that time was whether you had been to China or had had contact with a person who had specifically tested positive for COVID, and, since virtually no one had been tested, virtually no one met this criteria.

    Beginning Feb. 18th, for about a week or so through the end of February, I suffered from flu like symptoms, including conjunctivitis, which has been associated with the COVID infection.

    Beginning March 14th, my four year old son suffered from symptoms, including fever, diarrhea, and other symptoms, which did not clear up until March 24th. Again no COVID test was administered since testing is largely unavailable to children.

**Via ECF**
Hon. Robert W. Lehrburger
United States Magistrate Judge
16 April 2020
Shepard, et. al. v Wo Hop City Inc. et.al,
US Dist. Ct., SDNY, Docket No. 18 Civ. 09634 (JPO)(RWL)
Page 2 of 2

    From March 22 through last week - or around April 7th, I suffered from fever, dry cough, sore throat, fluid in my lungs, dizziness and other respiratory symptoms. After being examined at an urgent care center, where my lungs were x-rayed, I was fortunately judged not sick enough to be hospitalized, and considered 'presumptive COVID-19 positive' but since only people who were sick enough to be hospitalized are tested, I was told to go home where fortunately I have now pretty much recovered.

    However, beginning yesterday, my four year old son is sick once again, with fever, a cough, and vomiting. Today he was tested for COVID-19 and given an aerosol device to assist him with breathing and we are continuing to monitor his situation.

    Based on the above, I am requesting a two week extension to submit a joint letter on this matter up to and including May 1, 2020. I have contacted Plaintiffs' counsel concerning this and they have consented to this request.

    Thanking your Honor for your attention, I am,

    Respectfully,

    Morton S. Minsley

MSM: mm
cc.:    GARSON, SÉGAL, STEINMETZ, FLADGATE LLP, Attorneys for Plaintiffs (VIA ECF)

SO ORDERED:

4/16/2020

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE