```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/13/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SHIRLEY SHEPARD & ANDREA SHEPARD,  :
                                   :    18-CV-9634 (JPO) (RWL)
                       Plaintiffs, :
                                   :
       - against -                 :    **ORDER**
                                   :
WO HOP CITY, INC., et al.,         :
                                   :
                       Defendants. :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

     Discovery is extended until November 12, 2020, for the sole purpose of conducting a remote deposition of one of the Plaintiffs (at Plaintiff's discretion as to which of the two will be deposed). Plaintiff's request to compel production of financial documents is withdrawn. This resolves the letter motions at Dkts. 77 and 80.

                                                                          SO ORDERED.

                                                          _____
                                                          ROBERT W. LEHRBURGER
                                                          UNITED STATES MAGISTRATE JUDGE

Dated: October 13, 2020
          New York, New York