UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SHIRLEY SHEPARD & ANDREA SHEPARD,  :
                                                                   :
                                              Plaintiffs,          :
                                                                   :
                          - against -                              :
                                                                   :
WO HOP CITY, INC., et al.,                                         :
                                                                   :
                                              Defendants.   :
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/18/2020

18-CV-9634 (JPO) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Fact discovery closed on November 12, 2020.  By November 24, 2020, the parties shall file a joint letter reporting on status of any expert discovery.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 18, 2020
            New York, New York

Copies transmitted this date to all counsel of record.