UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHIRLEY SHEPARD and ANDREA SHEPARD,

                  Plaintiffs,

-v-

WO HOP 17, INC. *et al.*,

                  Defendants.

18-CV-9634 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The parties are directed to contact Judge Lehrburger's chambers as soon as possible to schedule a settlement conference.

    The trial in this case will begin on Monday, May 2, 2022, at 9:30 AM with jury selection. The joint pretrial order shall be filed by April 8, 2022, together with proposed jury instructions, proposed voir dire questions, and any motions *in limine*. Responses to any motions *in limine* shall be filed by April 15, 2022. The joint pretrial order shall comply with this Court's individual practices in civil cases.

    SO ORDERED.

Dated: November 10, 2021
       New York, New York

                                                  J. PAUL OETKEN
                                                  United States District Judge