UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
SHIRLEY SHEPARD & ANDREA SHEPARD,  :
                                                                       :      18-CV-9634 (JPO) (RWL)
                                                    Plaintiffs,   :
                                                                       :
                       - against -                              :      **ORDER**
                                                                       :
WO HOP CITY, INC., et al.,                         :
                                                                       :
                                                   Defendants. :
----------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court is in receipt of a letter from Plaintiffs concerning Defendant's alleged lack of responsiveness on completing settlement paperwork. Accordingly, by no later than 12:00 noon on February 4, 2022, to the extent not already done, Defendant shall provide to Plaintiff any proposed revisions to the draft paperwork provided by Plaintiff. Further, Defendant shall review and provide any comments to Plaintiff within two business days of receipt. If Defendant does not fully cooperate in timely consummating the agreement, the Court will require counsel to appear in court to complete the paperwork.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: February 3, 2022
          New York, New York

Copies transmitted this date to all counsel of record.